UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

CARLOS MAZARIEGOS-DE LEON,                                           PETITIONER

v.                                       CIVIL ACTION NO. 4:26-cv-00124-GNS (*e-filed*)

ARTHUR MAGLINGER, in his official
capacity as Jailer/Warden of the Daviess
County Jail;

FIELD OFFICE DIRECTOR, in his or her
official capacity as Field Office Director of
the Louisville Field Office of Enforcement
and Removal Operations, U.S. Immigration
and Customs Enforcement;

TODD M. LYONS, in his official capacity
as Acting Director, U.S. Immigration and
Customs Enforcement;

KRISTI NOEM, in her official capacity as
Secretary, U.S. Department of Homeland
Security; and

PAMELA JO BONDI, in her official
capacity as Attorney General of the U.S.,                            RESPONDENTS

## ORDER

Upon joint motion of the parties to remand/cancel the hearing in this matter and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the motion is GRANTED.

Greg N. Stivers, Judge
**United States District Court**
March 12, 2026